**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **SAMANTHA CHEYENNE DI DOMENICO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **NO. 3:23-cv-00427** |
| **v.** ) | |
| ) | **JUDGE CAMPBELL** |
| **EDFINANCIAL SERVICES LLC,** ) | **MAGISTRATE JUDGE FRENSLEY** |
| ) | |
| **Defendant.** ) | |

## <u>ORDER</u>

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 18), which was filed on June 7, 2024, that this action be dismissed without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and that Defendant's motion to dismiss (Doc. No. 14) be found moot. On May 14, 2024, the Magistrate Judge ordered Plaintiff to show cause by May 31, 2024, as to why her lawsuit should not be dismissed for failure to prosecute or for the reasons stated in Defendant's motion to dismiss. (Doc. No. 17). Plaintiff has not responded to the show cause order or Defendant's motion to dismiss. Although the Report and Recommendation advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The Court has reviewed the Report and Recommendation and concludes it should be adopted and approved. Accordingly, this action is **DISMISSED** without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) and Defendant's motion (Doc. No. 14) is **MOOT**. The Clerk is directed to close the file.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE